UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>             Plaintiff,<br><br>   v.<br><br>EDGAR FLORES,<br><br>             Defendant. | Case No. 19-cr-00271-HSG-2<br><br>**ORDER REGARDING JUNE 22 CHANGE OF PLEA** |

A change of plea hearing is currently set for June 22, 2020, at 2:00 p.m.  In light of the status of the COVID-19 pandemic as described in General Order No. 72-3, the Court is inclined to have Probation prepare a pre-plea presentence report and continue both the change of plea and sentencing hearings 75 days from the date of the execution of a consent form (if Defendant is in custody) or 95 days from that date (if Defendant is out of custody).  The Court's expectation is that the single hearing for change of plea and sentencing would be held in person.

The Court therefore **DIRECTS** the parties to meet and confer to discuss whether they are amenable to the proposal above.  If the parties agree, the parties shall so indicate in an email (with all counsel cc'd) to HSGpo@cand.uscourts.gov.  The Court will then set a date for the change of plea and sentencing hearing and will notify the parties via a Clerk's Notice.  Defense counsel should then submit the consent form executed by Defendant as soon as practicable.  If a party does not wish to continue the change of plea hearing, that party may so notify the Court by sending an email (with all counsel cc:ed) to the address above.

//

//

1  The parties shall email the Court by May 29, 2020.

2

3  **IT IS SO ORDERED.**

4  Dated: 5/22/2020

5  _Haywood S. Gilliam, Jr._
   HAYWOOD S. GILLIAM, JR.
6  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California